**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RITA JONES, #11000078 § | |
| | |
| VS. § | CIVIL ACTION NO. 2:05cv560 |
| | CRIMINAL ACTION NO. 6:03cr39-1 |
| | |
| UNITED STATES OF AMERICA § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

On December 21, 2005, Petitioner Rita Jones, an inmate confined in the federal prison system, filed this motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence. Pursuant to 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges, the motion was referred to United States Magistrate Judge Caroline M. Craven.

The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. The Report recommended dismissing it with prejudice. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH**

**PREJUDICE**;

    **ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

    **ORDERS** that all motions not previously ruled on are denied.

    **SIGNED this 15th day of May, 2006.**

    */s/ David Folsom*
    DAVID FOLSOM
    UNITED STATES DISTRICT JUDGE